367 P.2d 552

STATE of New Mexico ex rel. SANTA FE
LODGE NO. 460 B.P.O.E.,
a corporation, Relator,

v.

Hon. Edwin L. SWOPE sitting by designation as the District Court of the First Judicial District of the State of New Mexico, Respondent.

No. 7106.

Supreme Court of New Mexico.

Jan. 9, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the Petition for Writ of Prohibition be and the same is hereby denied.

367 P.2d 552

Charles A. FRENCH, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 7108.

Supreme Court of New Mexico.

Jan. 10, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied for the reason that it does not set forth grounds warranting the issuance of same.